UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Ronald William Mercier and
Shirley M. Mercier,

    Debtors
_____/

Case No.: 13-60669-wsd
Chapter 7
Hon. Walter Shapero

Michigan Commerce Bank,

    Plaintiff,

v.

Ronald William Mercier and
Shirley M. Mercier,

    Defendants
_____/

Adv. Pro. No.: 14-04529

### ORDER REGARDING DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the contemporaneously entered opinion, NOW THEREFORE:

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss is denied as to both Defendants with regard to Plaintiff's counts under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(6), and 727(a)(5).

IT IS FURTHER ORDERED that the Defendants' Motion to Dismiss is granted as to both Defendants with regard to Plaintiff's count under 11 U.S.C. § 727(a)(2)(A).

.

**Signed on August 04, 2014**

                           **/s/ Walter Shapero**
                       **Walter Shapero**

United States Bankruptcy Judge